**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**

June 7, 2003

MEMORANDUM TO COUNSEL RE:

Transport Workers Union Health and Welfare Plan v.
Excell Management Corp.
Case No. AMD 02-1400

    I write to inquire, once again, whether, at long last, you and your clients will consent to the transfer of this case to Magistrate Judge Gesner for final resolution in conjunction with case No. BPG 01-265, scheduled within the month for a bench trial. You will find the appropriate consent forms on the drop down menus in the ECF/CM system.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt