```
                          FILED
                     U.S. DISTRICT COURT
                     DISTRICT OF MARYLAND
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 JUL -8  P 5: 21

CLERK'S OFFICE
AT BALTIMORE
               DEPUTY

FILED / LODGED / ENTERED / RECEIVED
JUL 14 2003
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                DEPUTY

| | |
|---|---|
| TRANSPORT WORKERS UNION ) <br> HEALTH AND WELFARE PLAN; et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> 5. ) <br> EXCELL MANAGEMENT CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. AMD 02-1400 |

## STIPULATION OF DISMISSAL

The parties jointly request that the Court dismiss this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated: 7/8/03          Respectfully submitted,

                       O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                       By: _____
                           Peter J. Leff MD Bar # 15537
                           1300 L Street NW Suite 1200
                           Washington, DC 20005
                           (202) 898-1707/(202) 682-9276 (Fax)

                       Attorneys for Plaintiffs

                       SANDOVAL AND KENG

                       By: _____
                           Carlos M. Sandoval (#22617)
                           P.O. Box 2521
                           Waldorf, MD 20601
                           (301) 870-5171/(310) 870-9054 (Fax)

                       Attorneys for Defendant

APPROVED
[signature]
7/11/03